Submitted August 1, reversed September 3, 2008

In the Matter of K. V.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

K. V.,
*Appellant.*

Clackamas County Circuit Court
M070839; A136946

192 P3d 855

Gay Canaday filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Michael R. Washington, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

Appellant appeals an order of involuntary civil commitment, arguing that the record does not contain legally sufficient evidence that she was dangerous to herself or others or was unable to provide for her basic needs. ORS 426.005(1)(d). The state concedes that the record is insufficient. On *de novo* review, *State v. Miller*, 198 Or App 153, 155, 107 P3d 683 (2005), we agree that the record is insufficient.

Reversed.